**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Tracy Glenn JACKSON, Defendant–Appellant.**

**No. 02–7386.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 12, 2002.

Decided Jan. 3, 2003.

Tracy Glenn Jackson, Appellant Pro Se. Paul Alexander Weinman, Assistant United States Attorney, Winston Salem, North Carolina, for Appellee.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

**PER CURIAM.**

Tracy Glenn Jackson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Jackson has not made a substantial showing of the denial of a constitutional right. *See United States v. Jackson,* Nos. CR–00–192; CA–02–11–1 (M.D.N.C. Aug. 16, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*